# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**JOE SKODRAS and**
**NIKKI SKODRAS,**
        **Plaintiffs,**

  v.                                        **Case No. 07C0746**

**GULF STREAM COACH, INC.,**
        **Defendant.**

## ORDER

A review of this file discloses that defendant filed a motion to transfer and motion to dismiss on July 9, 2008. However, defendant has not filed a certificate of service pursuant to Fed. R. Civ. P 5(d) along with its motion, and thus I am not sure whether plaintiffs have been served, although presumably plaintiffs' attorney received notice of the motion through the Court's electronic filing system. Assuming that plaintiffs received notice of the motion, under the local rules of this district, their response should have been filed on or before August 4, 2008. See Civil L.R. 7.1(b) (E.D. Wis.).

I will grant plaintiffs an additional 21 days from the date of this order to file a response to defendant's motion. If no response is received within that time, I will assume that the motion is unopposed.

**SO ORDERED** at Milwaukee, Wisconsin, this 27 day of August, 2008.

                                                /s
                                                LYNN ADELMAN
                                                District Judge